AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

**SEALED**

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| David B. Hunt | ) Case No. | 3:20-cr-37-CWR-FKB |
| (Wherever Found) | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
SEP - 3 2020
BY ARTHUR JOHNSTON
            DEPUTY

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested)   David B. Hunt,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to commit securities and commodities fraud, to commit wire fraud and to commit bank fraud.
Wire Fraud.

Date: 02/26/2020

ARTHUR JOHNSTON, CLERK

*Issuing officer's signature*

City and state:   Jackson, Mississippi

C. Louisville, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on (date) 2/27/20, and the person was arrested on (date) 8/26/20
at (city and state) JACKSON, TN

For FBI

Date: 8/26/20

*Arresting officer's signature*

SPUSM J. DAVIS
*Printed name and title*